RECEIVED
JUN - 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARRELL WAYNE COLLINS, Petitioner | CIVIL ACTION NO. 1:17-CV-335-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), and after a de novo review of the record including the objection filed by Petitioner (Doc. 10), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the § 2241 petition is hereby **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 7th day of June, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE